IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-CV-01792-WYD-ABC

| | |
|---|---|
| In re | ) Bankruptcy Case No. |
| | ) 03-11610 DEC |
| KORRIE JOE LAUREN GARCIA BABI | ) |
| Debtor | ) |
| JOHN YOUNG, a minor child by his father and next friend, CHARLES LEE YOUNG; CHARLES LEE YOUNG; and CONNIE SUE YOUNG | ) Adversary Proceeding No. ) 03-1329 ABC |
| Plaintiffs | ) |
| KORRIE JOE LAUREN GARCIA BABI | ) |
| Defendant | ) |

ORDER RE:  STIPULATION FOR DISMISSAL
_____

THIS COURT, being duly advised in the premises, grants the parties' "STIPULATION FOR DISMISSAL" with prejudice, with each party to bear its own costs and attorney's fees and all matters pertaining to this action are to be stricken from the court docket.

Dated:  July 15, 2005

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge